AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No. 19-mj-5060-JGD |
| MATTHEW MURPHY | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  11/22/18-12/13/18 and 7/21/18  in the county of  Plymouth  in the            District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 (a) and (e) | sexual exploitation of children, on various dates between on or about November 22, 2018 and December 13, 2018 |
| 18 U.S.C. §§ 2251 (a) and (e) | sexual exploitation of children, on or about July 21, 2018 |

This criminal complaint is based on these facts:

Please see the affidavit of HSI Special Agent Janet Connolly, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Janet Connolly, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/26/2019

*Judge's signature*

City and state:  Boston, MA                Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*