✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** II           **Investigating Agency** HSI

**City** Whitman              **Related Case Information:**

**County** Plymouth           Superseding Ind./ Inf. _____ Case No. _____
                              Same Defendant _____ New Defendant _____
                              Magistrate Judge Case Number   19-mj-5050-AJ
                              Search Warrant Case Number     see second page
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Matthew Murphy          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: (City & State) Whitman, MA

Birth date (Yr only): 1996   SSN (last4#): 8334   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** Stephen Huggard     Address: stevehuggard@huggardlaw.com

**Bar Number** _____                              470 Atlantic Ave, 4th Floor
                                                    Boston, MA 02210

**U.S. Attorney Information:**

AUSA: Anne Paruti            Bar Number if applicable: 670356

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☐ Yes  ☑ No

☐ Warrant Requested         ☐ Regular Process          ☑ In Custody

**Location Status:**

Arrest Date: 03/26/2019

☑ Already in Federal Custody as of   03/26/2019   in   USMS custody   .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/08/2019       Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 2251(a) and (e) | Sexual exploitation of children | 1-5 |
| Set 2 | 18 USC 2253 | Criminal forfeiture allegation | - |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  This case has been assigned to U.S. Magistrate Judge Johnstone of the District of New Hampshire.  Chief Judge USDC-NH McCafferty ordered all original motions, pleadings, and other documents to be filed with the USDC-MA clerk.  See 19-mj-5060-AJ (previously JGD), Doc. 16.  Search Warrants: 19-mj-5123, 5124, 5125, 5126, 5127, 5128-AKJ.