# EXHIBIT B

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

### Grief & Loss

Granted: July 3, 2019

*[signature]*

Nicole E. Lagattolla, LMHC, Mental Health Provider

Case 1:19-cr-10286-PJB   Document 54-2   Filed 07/10/21   Page 3 of 17



DONALD W. WYATT DETENTION FACILITY

Certificate of Completion

is hereby granted to

Matthew Murphy

to certify that he/she has completed to satisfaction

Cognitive Behavioral Therapy

Granted: July 11, 2019

Nicole E. Lagattolla, LMHC, Mental Health Provider

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

Sex Offender Treatment Program Series Module

Granted: July 18, 2019

_Nicole E. Lagattolla, LMHC, Mental Health Provider_

# Certificate of Completion

**DONALD W. WYATT DETENTION FACILITY**

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

### Coping Skills Group

Granted: July 18, 2019

_Nicole E. Lagattolla, LMHC, Mental Health Provider_

# DONALD W. WYATT DETENTION FACILITY

## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Rational Thinking Workbook

Granted: July 23, 2019

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

**Cognitive Behavioral Therapy**

Granted: July 25, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



# DONALD W. WYATT DETENTION FACILITY
## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Wellbeing and Self-Care

Granted: August 1, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

# DONALD W. WYATT DETENTION FACILITY

## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Decision Making and Impulsivity

Granted: August 14, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



# DONALD W. WYATT DETENTION FACILITY

## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Comprehensive Critical Decision Power Workbook

Granted: August 21, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

# Certificate of Completion

This certificate is awarded to

**MATTHEW MURPHY**

on

*AUGUST 28, 2019*

in recognition of successfully completing the program

*LESSONS FROM THE MARKET & FINANCIAL LITERACY*

_____
Kristen Damaso, Programs

_____
Maureen O'Gorman, Education

# DONALD W. WYATT DETENTION FACILITY

## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Taking Personality Responsibility

Granted: August 31, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

# CERTIFICATE of COMPLETION

PRESENTED TO

Matthew Murphy

HAS SUCCESSFULLY COMPLETED THE

RATIONAL THINKING

At The Donald W. Wyatt Detention Facility

August 2019

*[signature]*
**KRISTEN DAMASO**
Program Director



# CERTIFICATE of COMPLETION

PRESENTED TO

MATTHEW MURPHY

HAS SUCCESSFULLY COMPLETED THE

CRIMINAL LIFESTYLES

At The Donald W. Wyatt Detention Facility

**KRISTEN DAMASO**
Program Director

August 2019



DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

**Deviant Thoughts & Coping Strategies**

Granted: September 24th, 2019

_Nicole E. Rodrigues, LMHC, Mental Health Provider_

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

## Matthew Murphy

to certify that he/she has completed to satisfaction

### Goal Setting and Treatment Planning

Granted: October 2, 2019

_Nicole E. Rodrigues, LMHC, Mental Health Coordinator_