# EXHIBIT C

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## Sex Offender Planning Treatment Practices

Granted: October 2, 2019

Nicole E. Rodrigues, LMHC, Mental Health Coordinator

DONALD W. WYATT DETENTION FACILITY

# Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## VICTIM IMPACT SERIES PART WORKBOOK

Granted: October 29, 2019

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY
## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

## SEX OFFENDER TREATMENT PLANNING

Granted: NOVEMBER 20th, 2019

_____
Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



DONALD W. WYATT DETENTION FACILITY
Certificate of Completion

is hereby granted to

Matthew Murphy

to certify that he/she has completed to satisfaction

LEARNING & IMPULSIVITY

Granted: DECEMBER 28th, 2019

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

# DONALD W. WYATT DETENTION FACILITY
## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction
**HEALTHY LIVING WORKBOOK**

Granted: JANUARY 5th, 2020

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



DONALD W. WYATT DETENTION FACILITY
Certificate of Completion

is hereby granted to

Matthew Murphy

to certify that he/she has completed to satisfaction
COMMUNINCATION WORKBOOK

Granted: JANUARY 7th, 2020

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator

# DONALD W. WYATT DETENTION FACILITY
## Certificate of Completion

is hereby granted to

# Matthew Murphy

to certify that he/she has completed to satisfaction

**SEX OFFENDER TREATMENT PLANNING PROGRAM**

Granted: January 27th, 2020

_____
Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator



DONALD W. WYATT DETENTION FACILITY
CERTIFICATE OF COMPLETION
IS HEREBY GRANTED TO
MATTHEW MURPHY
TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION
VICTIM IMPACT WORKBOOK

Nicole F. Rodrigues, M.S, LMHC, Mental Health Coordinator
Granted: July 12th, 2020

# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

### SEX OFFENDER TREATMENT & COGNITIVE BEHAVIORAL PLANNING

Granted: JULY 20th, 2020

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## FORGIVENESS WORKBOOK

Granted: July 29th, 2020

_Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator_



DONALD W. WYATT DETENTION FACILITY

CERTIFICATE of COMPLETION

PRESENTED TO

MATTHEW MURPHY

HAS SUCCESSFULLY COMPLETED

COPING SKILLS
~POETRY~
AUGUST 2020

Program Director- Kristen Damaso

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## COGNITIVE BEHAVIORAL THERAPY SEX OFFENDER TREATMENT GROUP

Granted: SEPTEMBER 25th, 2020

_Nicole F. Rodrigues, M.S, LMHC, Mental Health Coordinator_

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## DEPRESSION WORKBOOK

Granted: **NOVEMBER 25th, 2020**
N. Rodrigues, MH Coordinator

_____
*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## SEX OFFENDER COGNITIVE BEHAVIORAL THERAPY MODALITIES

Granted: **NOVEMBER 25th, 2020**
N. Rodrigues, MH Coordinator

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_



# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## SEX OFFENDER TREATMENT MODALITIES

**Granted: NOVEMBER 25th, 2020**

N. Rodrigues, MH Coordinator

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_

Case 1:19-cr-10286-PJB   Document 54-3   Filed 07/10/21   Page 17 of 19

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## DEPRESSION WORKBOOK

Granted: NOVEMBER 25th, 2020

_Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator_

# DONALD W. WYATT DETENTION FACILITY
## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

# MATTHEW MURPHY

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## COPING WITH ANXIETY/DEPRESSION WORKBOOK

Granted: NOVEMBER 25th, 2020

_Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator_



DONALD W. WYATT DETENTION FACILITY

CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

**MATTHEW MURPHY**

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

BOUNDARIES PSYCHO-EDUCATIONAL CLASS

Granted: MARCH 25th, 2021

Betsy Riccio, MHC, LMHC
Betsy Riccio, LMHC, Mental Health Counselor