# EXHIBIT D

505, Detainee Work Assignments/Compensation

Appendix E

## DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date 5·1·2021

Detainee Name Murphy, Matthew   Number 01477-138

Assignment Title Unit Worker K pod

Evaluation Period 4·1·2021 - 5·1·2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | ☒ |
| Initiative | ☐ | ☐ | ☐ | ☒ |
| Productivity | ☐ | ☐ | ☐ | ☒ |
| Attitude | ☐ | ☐ | ☐ | ☒ |
| Overall | ☐ | ☐ | ☐ | ☒ |

Unit Officer Comments and Recommendations: _____

Supervisor Comments and Recommendations: Excellent worker. Always goes above & beyond.

Detainee Signature Matthew T Murphy

Unit Officer Signature _____

Supervisor Signature/Title _____ Unit Manager

505. Detainee Work Assignments/Compensation

Appendix E

# DONALD W. WYATT DETENTION FACILITY
## DETAINEE PERFORMANCE EVALUATION FORM

Date: 04.01.2021

Detainee Name: Murphy, Matthew     Number 01477-138

Assignment Title: Unit Worker in K-pod

Evaluation Period: March 01.2021—April 01.2021

| CRITERIA | POOR | FAIR | GOOD | EXCELLENT |
|---|---|---|---|---|
| Attendance | ☐ | ☐ | ☐ | X |
| Initiative | ☐ | ☐ | ☐ | X |
| Productivity | ☐ | ☐ | ☐ | X |
| Attitude | ☐ | ☐ | ☐ | X |
| Overall | ☐ | ☐ | ☐ | X |

**Comments and Recommendations:** Dt. Murphy has done an excellent job with his unit requirements as well as doing an excellent job on paint details.

Signature: *[signed] Matthew J. Murphy*    Date: 04.01.2021

Unit Manager Gillespie *[signed]*    Date 04.01.2021

G:/POLICIES/500.DOC January 2014

page 30 of 30