EXHIBIT E

Dear Honorable Paul Barbadoro

I first want to start with saying how sorry I am for all that are involved with this case. Being a victim of Molestation myself my heart can feel the heartache, shame and pain all the victims have felt or are feeling. I would give anything to take all the pain away. I was molested for nine years of my childhood by my grandfather and the past two years have been the hardest part of my life. I have never been so broken, helpless or defeated, most days I don't even know who I am. Matt was my world, my life and my motivation. Love isn't easy to put into words especially the love I feel for Matt. The first time I held Matt in my arms I realized what true love was, I never realized it was possible to love someone that much. I helped raise Matt like my own son. Matt has taught me so much in life, he taught me how to find joy in every moment, he taught me courage, and strength and to never give up know matter how impossible the situation is. Matt has the natural tenacity and ability to accept life as it unfolds, this is a skill that will hopefully help him survive the next part of his life because life is about transformation. Matt is one of the most loving, caring, thoughtful, respectful people I have even known. But this letter is about letting go and when being Matt's aunt becomes a complicated mixture of pushing Matt forward into the hardest part of his life and learning to let him go into a world, I know nothing about. Every day I cry a few tears as I get used to the idea of moving on in life without Matt by my side. To say life has been shattered is an understatement. Every morning I wake up and ask myself if this is real life and then I take a deep breath and try to face the world the best I can.

I know Matt feels remorse and shame for what he has done, and he wants to get the help he needs, and he deserves. Matt wants to heal so he can live a healthy life. How I know Matt feels this way is because the day he was arrested while he was in the basement being questioned by the authorities , My father went into Whitman Center and got a Lawyer and he followed my father back to Matt's house but Matt declined a lawyer he waived all his rights. He was honest and open with authorities in fact he gave up more information then they asked for. It has taken me a long time to understand why Matt would do that? Why didn't he let the Lawyer in? Why didn't he let us help? We could have tried to get some of the charges dropped or some part of the case thrown out, why did Matt just confess to everything without trying to save himself. This was something I couldn't understand but one day I met with a Pastor and told him Matt's story and after crying and opening up my heart to him he looked me in the eyes and said Matt told the truth and didn't try to hid from this because he wanted to be done, he wanted this horrific part of his life behind him, he needed to come clean so he can start to heal and move in the right direction in life. He said Matt did whatever anyone does when they are wrong and sorry, he owned up told the truth, he didn't try to hide from it, he didn't try to blame others. And that's exactly what he did. As hard and horrific as the next part of Matt's life is going to be, he still did the right thing which shows that he is ready to heal and recover from whatever was going on in his life. Matt is ready to pay for his mistakes and for that I am so proud of him.

My heart is so broken is hurts to breath. I never thought that we would be a family that knows jail etiquette but here we are, I'm the one that helps others during visitations, trying to help them through the hardest part of their lives. When you hear this type of story on the news the first thing that comes to most people's mind is what kind of family do they come from? But here I am, I am that family and let me tell you we're not mosters. We're loving, kind, caring and giving people but we're not perfect no one is. We are all human beings we all make mistakes, but I believe its how you make up for those mistakes that define you and make you a better true person. So, I am hoping and praying with

Matt's remorse and the love and support from this family that he can get the chance to make up for his mistakes.  Thank you so much for taking the time to read my letter.

Sincerely,

Jillian Ryan

Jillian Ryan

June 23, 2021

Stephen Barbuto

East Bridgewater, MA
02333

Dear Honorable Judge Paul Barbadoro,

My name is Stephen Barbuto, I am Matthew Murphy's grandfather. Matthew lived with my wife and I for over 13 years. I had a big role in raising him. We took Matthew on many trips/adventures. Matthew was always with me, he was my 'sidekick'. From a young age, Matthew loved helping me fix things around the house using all different types of tools.  He was a quick learner and felt proud about a job well done.  This is where his love for tools began and it continued throughout his student career at South Shore Vo-tech school and even to his career as an electrician.

Matthew's educational career took a toll on him.   He became very shy and didn't have any friends.  Matthew was moved from school to school being bullied along the way.  We were unaware of the severity of the bullying at the time.  The school was aware, but didn't notify us of the severe problem. One traumatic incident stands out above all.  His classmates pulled his pants off in the bathroom and teased him all the way home.  These classmates would chase him home.  Matthew didn't tell us any of this because he must have been embarrassed and didn't want to cause us any trouble.

Matthew is a kind, giving person. He is always concerned about other people's well being. His birthday just passed and he asked my wife and I to send a basket to another cellmate who had never received anything rather than sending it to him for his birthday. When Matt was initially questioned about his crimes, he confessed immediately.  He refused a lawyer and waived his rights.  I think he needed to come clean and have all the victims get help.

The day Matt was arrested I lost a piece of my soul.  I want to be alive when Matt is released so I can give my sidekick the biggest hug and help him start his second chance at life.  I am asking you to please give me that chance.  He needs professional help wherever he goes, please consider this in his sentencing.

Thank you for your time.

Stephen Barbuto.

Dear Honorable Paul Barbadoro,

My first grandchild, Matthew
Tyler Murphy was born on June 22, 1996.
He stole my heart that day. Matthew
lived with us for 13 years. We added
an in-law apartment for his parents.
The bond with Matthew grew stronger
everyday. Matthew and his parents
bought their own home. Matthew
had to start a new school.
Matthew had a difficult time
adjusting to his new home and
school. The bullying in school made
it harder. But Matthew worked hard
in school and excelled in electrical
studies and got an excellent job.
He was well loved on his job. He was
respected and admired especially by his boss.

Matthew was always there for
everyone. He would stop and help
people on the road. He helped his
parents pay bills, bought his cousins
awesome gifts. I thank God everyday
for matthew. He is my sunshine.
          So when matthew was arrested
I thought this couldn't be true. But
sadly it was. My world fell apart.
We are still overwhelmed with
sadness. So I pray to God everyday
that you please see Matthew as a
Kind, understanding and loving
human being that needs help. He
has always been there for everyone.
I will always be there for him.
So please see this side of Matthew
and allow him to come back to us
someday while we are still on this
earth to greet him home to us.
                    God Bless you
                        Eileen Barbuto

Honorable Paul Barbadoro,
I sent my first letter
to talk about my grandson. I want you
to know I think about the victims all
the time. I pray they are getting help
and moving on with their lives.
My grandson made a huge mistake
and I'm hoping after intense therapy,
Matthew will be a model human
being. I know I have both sides feel.
It has been a very very difficult
2 years for everyone. I pray to God
we are surviving this say situation
                              Thank you
                              Eileen Borkuts

© Russell Cobane

Honorable Paul J. Barbadoro.

I am writing to you to describe my son Matthew Murphy as I know him. Matthew has always had a kind heart and thought of others first. Our relationship was very close before Jen and I were divorced. During our divorce things were very difficult for him. Certain days were mom's days others were dad's. Not realizing he can love us the same as our love for him will never change. I was so happy to see the joy in his face when he found out we were all going to be a family in one home again. When he was 9 his great grandmother checked her mail everyday and conplained all she got was bills. He then started writing her letters to give her something to look forward to. A surprise to the family he wrote a very touching speech and read it at her funeral at the age of 14. Matt would surprise his grandmother by stopping by and taking her out to eat. Matt surprised all of us by buying her a bed for Christmas. I have witnessed Matthew stop at multiple car accidents to see if anyone needed help. He changed a stranger's tire in our driveway so they could get off the main road. I know with the proper treatment Matthew will be a trustworthy productive citizen who will give back to society.

Mark Murphy

Dear Judge
I writing this letter
for my great nephew
Matt Murphy.
Ida a very sweet man
who has been abused
and kept it a secret for
many years, which I'm
sure damaged him.
I know what Matt did
was so wrong, and there's
a price to pay.
I pray that someday
he can move on & help
other men, like him.
Thank You,
Mary Freul

**Jennifer Murphy**

Whitman , MA, 02382

30th June 2021

**Judge Paul J. Barbadoro**

Dear Judge Barbadoro:

I am writing to let you know about the Matthew Murphy that I raised.   Matthew has been an amazing man ever since he was little.  He would always put others' needs in front of his own.  He would be the first one to stop and help anyone in need.   I remember one time he  saw a car accident in front of him and he stopped and made sure that everyone was ok and used his training to make sure that anyone that was hurt did not move.  When Matthew was little his younger sister lost a tooth and I forgot to put money under her pillow . So Matthew took his own money and hid it under her bed so that she did not know that I forgot.  He was only 8 at the time this happened .  There was also the time that my car insurance was going to be canceled and Matthew paid it off without telling me.  I called the insurance company and they said it was all set.

Growing up Matthew's first proitory was always his family .  No matter what he was doing he would stop and help anyone in the family.  My father was always messing up the volume on his tv.  Matthew would go over his house and fix it no matter how many times he would mess it up.  The first Mothers day he was away my washing machine died and he asked my dad to take the money from his account to buy me a new one.  I am sure that not many people not sure of their future would do this for someone.

I know my son has made some mistakes but I do know that he is sorry for what he has done and with the right treatment he will be able to become the

exceptional person I know he could be. I hope that this letter will give you a glimpse of the person that I know is inside of my son.

Sincerely,

Jennifer Murphy

 **Gmail**

**Deluze Collision Center <deluzecollisioncenter@gmail.com>**

## Fw: Matthew Murphy Letter

1 message

**Steve Barbuto** <spbarbuto@yahoo.com>            Mon, Jun 21, 2021 at 6:58 PM
To: JILLIAN RYAN <jillianryan15@comcast.net>, Jill Ryan <deluzecollisioncenter@gmail.com>

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, June 21, 2021, 6:17 PM, Steve Barbuto <spbarbuto@yahoo.com> wrote:

Dear Honorable Judge Paul Barbadoro,

I wanted to take a moment to speak on behalf of Matthew Murphy and his character. I have known Matthew his entire life and watched him grow up into a hard working and ambitious young man. Matthew was always a positive presence to those around him and often looked to help others before he would help himself (which often came at the price of his own life experiences). Matthew was consistently volunteering his time to ensure family members and friends were taken care of and is the type of person that would do anything to help a loved one. Giving the shirt off his back would be an understatement.

Matthew didn't experience what society would call a normal childhood. He didn't have a ton of friends and due to his living situation (he lived with his mom at with my parents house), he spent most of his free time with his mom and dad, my sisters and other adults like his grandparents (my parents). Matthew performed average in traditional classroom settings (doctors diagnosed him with ADHD I believe) but he excelled in vocational/trade school settings. He was never the most naturally gifted student, but he would be the hardest working person in the class, every-time. It didn't matter how long it took him to get the job done, if he promised it would get done - Matt would work every waking hour to ensure it got done.

Matthew was also my fathers right hand man and as he grew into his teens, was often working with him around the house fixing broken lights, building decks, railings, fire pits, and other general household upkeep. When something needed to get done, my dad knew he could always count on Matt. He was always there to lend my father a hand while I was away at school and since this situation has unfolded, we feel like we have not only lost Matt, but we have mentally lost my father too. He is broken and has checked out and is a shell of his former self. The spark in his eyes is gone and feels he let Matthew down by somehow not raising him the right away. I know this is also tearing Matthew apart having to see my dad like this and wants to improve this situation for my father more than anyone.

This letter was difficult to write but I hope it shows a glimpse of the true person my entire family knows Matthew to be.

Best,

Stephen Barbuto

*Stephen Barbuto*

June 20, 2021

Dear Honorable Paul Barbadoro,

I am writing this letter on the behalf of my nephew, Matthew Murphy. I want to begin by thanking you for your time. My family and I all very much appreciate you considering our thoughts/information when deciding Matthew's sentence. To say Matthew's actions have been a shock to my family would be a massive understatement. Our family has truly been devastated.

To me, and my entire extended family, Mathew has always been the person to call for anything; a ride to a child's practice, assistance setting up for a get together, help moving furniture, and anything else you can imagine. He was always there for every member of our family, no favor was too big. Family was/is everything to Matthew and he was/is everything to our family. He loved to surprise us all!! Matthew once flew across the country to surprise us all in California on a family vacation he told us he couldn't make. He also surprised my children countless times with days out; tickets to a Bruins game with fabulous seats, VIP tickets to the Globtrotters, and of course extravagant, expensive gifts. He truly loved to make everyone smile.

Please give Matthew a chance to rehabilitate and become a productive member of society.

Thank you again for your time and consideration,

Matthew's aunt

June 22, 2021

Re:  Matthew Murphy

(Respectively submitted by:)
Joyce Kaszanek

Hanover, MA 02339

Attn. Honorable Paul Barbadoro

I am writing this letter to you to help you with what I can only imagine is the very
difficult task of determining who Matthew Murphy really is??  I am an extended
family member of Matthew's and I have known him since he was a small child.  I
also consider myself someone who has always held him with deep and sincere
regard.  I sadly understand that a crime was committed but I am writing to offer a
more complete picture of who Matthew Murphy is.........

I have been corresponding with Matthew faithfully for well over a year now and
have grown to appreciate his return letters so very much.  I am a first cousin of
Matthew's grandmother, but I reached out to Matthew by letter mostly because of
my mother who passed away a few years ago.  She was someone whom I felt was
the very best judge of character EVER and she loved Matthew beyond reproach.
My mother was an old Irish mother from South Boston and she could always READ
people in an instant.  It was one of her best gifts.  She would have made your job
so much easier if she were alive today.   I know she would have been the first one
to write to you about what an amazing young man Matthew is and as I said before
she was a "master" at judging people's character.

I remember fondly talking about Matthew with my mother after seeing him at one
of the frequent family functions.  Matthew would always seek her out to greet her
and spend time telling her what was going on in his life.  I guess he would be

considered one of her "favorites" because he was always so respectful, funny and thoughtful.

When I found out that I could have an opportunity to write to you I was so pleased. I have saved all of the letters that I have received from Matthew and just spent the past hour or so reading them over. I so wish I could forward them to you because they would give you such insight into knowing Matt.

His letters are such a glimpse at the person Matthew really is. He speaks about the love of his family especially his parents, his sister and his cousins. "I don't know where I would be without them" he wrote in one of his letters.

I think that this crazy past year of the Carona Virus has helped Matthew and I bond. His letters would always first and foremost ask unselfishly about "how I was doing?" and would also make sure that I was remaining healthy during these pandemic times.

Next he would share a peek into what was going on with him. For example, One time he said "I am really tired of wearing a mask but I know it is not an option, so I need to get over it. I have learned not to get upset over things I cannot control!"

Recently, I complimented Matthew on his writing skills and asked him if he liked to read. He told me that he mostly liked to read fiction but that he also has started to read self-help books "to help with thinking patterns, confidence, actions and similar stuff."

Finally, Matthew always closed his letters with a reference to "keeping positive thoughts" and keeping me in "his prayers." That is the part I cherished the most because those are also my wishes for him.

In closing, I would like to appeal to you to provide leniency to Matthew in any way humanly possible. I promise I would not disrespect my mother by asking you to provide leniency to someone who is not deserving. All of my comments are truthful and respectful to your most honorable position.

Thank you for your consideration.

Sincerely yours

Joyce Kaszanek
(extended family member of Matthew Murphy)

Honorable Paul Barbadoro,                                      June 10, 2021

     Matthew Murphy is my nephew. I am Eileen's brother. I have known Matt since birth. We always have holidays and birthdays together. He was shy but always helping everyone especially older people. He would go visit my mother and bring her lunch. I remember when Matt was about 9, he set up my DVD and VCR up. He was so smart with electrical things I am retired Boston Police and always felt Matt was headed for great things. He is an awesome man. Please treat him well. He is worth it

God Bless

                        John P. Ridge

My brother always tried to help the people around him, from helping with bills,helping me with my homework, or my school projects I would do last minute. My parents would always forget to buy me breakfast food and food for lunch, but I never went without it because he would buy me it. When I was younger and my parents forgot to put money under my pillow for my tooth, he would be the one to put money under my pillow, and when I was having trouble in school because I didn't understand something or didn't know how to do it he would sit there with me for hours until I did. He always tried his best to make sure

everyone around him was
happy. He might have been
a pain in the ass sometimes
but he always helped me so
much more then I could have
ever asked. The brother I
know would have never done
anything like this unless
something was seriously
wrong with something in his
mind, I believe that he needs
to get help, and with the
right help he will become
better

Haley Murphy

Dear Honorable Paul Barbadoro

This is Chris Ryan Matts 13 year old cousin, Matt was like a big brother/ Bestfriend to me. He used to take me everywhere like out to ice cream out to dinner to hockey it was really nice to have someone like that in my life. I really miss Matt. He would buy me anything I would ask for like clothes, my phone, hockey stuff and more. One of my best memories with him was when we went to Nashville for a hockey tournament. we drove there. He was the best cousin anybody could ask for, He was there when I needed him. He was there for everybody. He had the biggest heart.

Dear Honorable Paul Barbadoro I am Matt's Cousin. He went to all of my sports game and was always there for me. He was always at my house too. He would always take me to my games early and sometimes stop before and eat. He would take me to boy scout stuff and make me a better person. He would make me laugh and make my day better. Sometimes he would take me out to breakfast with my brother. Matt is a great person and fun to be around he did so much for me.

Honorable Paul Barbadoro,                    6/15/21

My name is Angela Flaherty, I am
writing on behalf of Matthew Murphy
I would just like to say a few words
about Matt.

I would ask you to consider all
the facts in this case. Not sure you
are aware that Matthew was bullied
as a child. I am not condoning
Matts behavior, but hoping you will
give him a chance to get the help
he needs. Sometimes when we are
hurt we hurt back. Matt did not
disclose this bullying therefore kept it

bottled up inside.

Do not lock him away for the rest of his life, everyone of us deserves a second chance.

As I watch the news these days all I hear about is releasing criminals from jail to be rehabilitated. Matt deserves the same consideration.

I apologize from our family to the victims Matt hurt.

Thanks in advance for taking the time to read this letter!

Angela A Laherty
Matthew Murphis (Aunt)

From: James S. Grealish

Weymouth, MA 02190

June 17, 2021

Re: Matthew Murphy

To: The Honorable Paul Barbadoro,

I'm writing to you today, to share my understanding and point of view of Matthew Murphy, in which I have known he and his family, for approximately 20 years.

Matthew is a big brother to the Ryan's children, had a great career, and an incredible personality. He is always willing to do anything for anyone, without even asking, always with a smile and someone everyone wants to be around, due to his positivity and character. Since Matthew's arrest, he and I write each other, every week. This has allowed me to know and appreciate Matthew, even more than I already did. Right from the start, Matthew has owned up to the mistakes he made, once again, shows the type of person he is. In addition to owning up to his mistakes, one month after his arrest, he started attending a S.O.T.P. group at the facility and has attended weekly, since joining and in early March of this year, he was hired as a Unit Worker. I am strongly convinced Matthew is very sorry for his actions.

If anyone has ever been more deserving of a second chance, it surely is, Matthew.

It is in my sincere hope the court takes this letter into consideration. Despite the current case, I believe Matthew Murphy to be an honorable individual, a valuable member of the community and a great human being.

Sincerely,

James S. Grealish

Dear Honorable Paul Barbadoro,

I'm writing this letter because I'm an aunt of Matthew Murphy. Matthew holds special place in my heart, he is my oldest nephew and I love him so much! Matthew was a great child he was always happy and well behaved. He always got along with everyone. He was easy to bring anywhere with you because was so well behaved. He was so easy going and well behaved. If he saw another child upset he would go over to them and try to make them happy by playing with them or as us if we had an extra snack that he could give them.

As Matt grew older he kept helping everyone out. He would always help everyone who asked for help and he would go above and beyond to finish the job. He was always willing to do whatever he could to help others .

When I had my stroke he would come to the rehab every weekend and he would push me around in my wheelchair. He would encourage me to get better every time he was there, which really helped me a lot. He would come every weekend to encourage me which really helped me a lot. Then when I got out of rehab I stayed at my moms for a while. That's where Matt lived, he would help me every day. He would help me before he went to school by getting up early and helping me with my morning exercises. Then when he got home from school he would do his homework and then he would help me with my afternoon exercises. He would always be there be there to help me when he could with my therapy or anything else that I needed.

Then when I went to live by myself with my husband it was tough, because my husband wasn't doing anything for me. Then we were in Maine and he left me in Maine. So my parents came and got me. Then I got divorce papers, that really destroyed me! I was so hurt and Matt came and sat with me for hours to calm me down. Then he would stop by my house to check up on me on his way home from work everyday. He also called me every morning to see how I was doing. Then on some weekend days he would take me out for breakfast then if I had errands to go on he would take me on them. Now even though I have a boyfriend who lives with me, that doesn't stop Matt from calling me everyday to check up on me and to see if there is anything if there is anything he could do to help me. Matt is a very lovable and carrabelle person, Matt does so much for so many people thats why we love him so much!

Sincerely,
Eileen Fraser

Dear Honorable Paul Barbadoro,

I'm the boyfriend of one Eileen Fraser the aunt of Matt. I've only him for six years. But through the years I've known him him he has done nothing but great things for people all the time. He is willing to do whatever he can to help everyone.

Sincerely,
Robert Davy

JUNE 30, 2021

BRAINTREE, MA 02184

YOUR HONORABLE PAUL BARBADORO,

MY NAME IS CATHERINE GRAZIANO. I AM A MOTHER OF FOUR AND GRANDMOTHER OF TEN. I HAVE BEEN MARRIED SIXTY YEARS. I WAS A SCHOOL BUS DRIVER FOR FORTY FIVE YEARS.

MY REASON FOR THIS LETTER: I KNOW MATTHEW MURPHY, HAVING DEALT WITH MANY YOUNG ADULTS FOR YEARS, INCLUDING MY OWN. I HAVE EXPERIENCED YOUNG PEOPLE WHO DO NOT THINK OF THE CONSEQUENCES , OR EVEN WHAT THEY ARE DOING.

MATTHEW IS A FUN, FRIENDLY, HELPFUL, GIVING YOUNG MAN. I FIND IN THE LETTERS I HAVE EXCHANGE WITH HIM, HE HAS MADE THE MOST OF THIS DIFFICULT TIME. I TRULY HOPE MATTHEW IS GIVEN THE HELP HE NEEDS. HE IS YOUNG, BEING IN A INSTITUTION THAT CAN DEAL WITH HIS SICKNESS COULD PRODUCE AN UPSTANDING CITIZEN IN THE YEARS TO COME.

SINCERELY,

*Catherine Graziano*

CATHERINE GRAZIANO

JULY 1, 2021

BRAINTREE, MA 02184

MOST HONORABLE JUDGE PAUL BARBADORO,

My name is Carol McGrath and I am the mother of two grown boys and the "grandmother" of many neighborhood grand-children. I was married four 51 years until my husband passed this past year. I taught school for a total of 28 years in Amsterdam, NY, Newton, Ma, and Braintree, Ma; where I often dealt with children who didn't think before they acted nor did they realize that consequences often follow actions. My adopted son was one of those children.

I met Matthew Murphy at several of his family functions and always found him to be most appropriate, jovial, polite and a caring young man, who was always the first one to volunteer his services (carry something to your car, walk someone elderly home).

From the letters I have received from Matthew, he seems to have taken on a very positive attitude both improving his mind and body.

I sincerely hope he will be allowed the help he needs so that this young man will resurface into the young man he was.

Most sincerely.

*Carol Mc Grath*

Carol McGrath

6/30/21

Anne Favoie

_____ Street

Pembroke, MA  02359

Honorable Paul Barbadoro
Senior Judge of the United States
District Court for the District
of New Hampshire

Dear Honorable Paul Barbadoro:

I am writing on behalf
of Matthew Murphy. He is
my great nephew. He is a
great kid. We spent
holidays and birthdays
together. I always found
Matthew to be a shy
kid, but would enjoy
being around his family.
I know that Matthew
was bullied in elementary
and high school. It
was during these years that
we were told by his
grandparents that Matthew

②

was sexually abused by
his great grandfather. He
was a Boston policeman.
He was forced to retire. If
he didn't, his children
were going to expose
what he did to
Matthew and his
other grandchildren. I
think Matthew was
impacted by all his
bullying, and this
caused him to act
out, and take control,
by sexually exploiting
children. My heart
breaks for these victims,
and I feel Matthew
is a victim. He needs
help. He should not
be locked up in a
prison cell. Please
get him the help
he needs. If you
met with Matt,
you would see he is



not an evil person. Matthew never touched his victims. Please help him.
Thank you!

Jssie Lavoie

C: 781.⬛
H: 781.⬛

P.S. Putting Matthew away in prison for years will kill him and his family. Matthew needs our help. We love him. He has suffered enough with his bullying and his sexual abuse for many, many years.

6/30/21

Robert Lavoie
[redacted] Street
Pembroke, MA 02359

Honorable Paul Barbadoro
Senior Judge of the United States
District Court for the District of
New Hampshire

Dear Honorable Paul Barbadoro:

I am writing on behalf
of Matthew Murphy. He is
my great nephew by
marriage. I am married
to his Aunt, Anne Lavoie.
I have known Matthew
since the day he was
born. He is a great kid.
I wish you knew him
like I know him.
Growing up, I found
him to be a quiet
person. He was bullied
in elementary and high
school. He was also being

(2)

bullied at home by his
great grandfather who
sexually abused him. Matthew
kept his being bullied
to himself. I think
this impacted his life.
I feel that resulted
in Matt being charged
with two counts of
sexual exploitation of
his victims. I am
not saying what he
did was right, but
like his victims, Matthew
is a victim. I hope
that you find in your
heart to find Matthew
the help he needs instead
of locking him up in
prison for a long time.
He needs help to
get him through this?
He is from a good
family. I wish you
could meet with them.
The last two years while

Matthew has been in prison
has taken its toll on
his family. none of
them knew this side of
Matthew. Please take
care of him. He needs
to know he is not
a bad young man.
Thank you for
your time.

Robert Favaie
C: 781.
H: 781.