UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | :   19-CR-10286-PJB |
| | : |
| MATTHEW MURPHY, | : |
| Defendant. | : |

SUPPLEMENTAL SENTENCING MEMORANDUM OF DEFENDANT MATTHEW MURPHY

Matthew Murphy, by and through undersigned counsel, submits this supplemental sentencing memorandum in anticipation of his sentencing, currently scheduled for July 26, 2021.

The government has asked for a sentence of fifty years in prison. A review of cases from both this District and the District of New Hampshire reveals that this would be unprecedented, at least in these districts. In fact, the highest sentence undersigned counsel has been able to find for similar conduct was 25 years in the District of New Hampshire, in the Riehle case. We have attached the press release from the Office of the United States Attorney in that case which describes criminal conduct similar to what Matt Murphy committed here, including the emotional blackmail.

There is no reason to sentence Matt to twice as much time as the next highest sentence imposed in the federal courts of Massachusetts or New Hampshire for this type of crime. This is especially true given Matt's age when the crimes were committed, his troubled and traumatic upbringing and his immediate acceptance of responsibility, including confessing to the agents and providing them with passwords. Along those lines, Matt wrote a letter to the case agent thanking her for her efforts and expressing his relief that his conduct had ended. It was not

written for sentencing purposes and so was not attached to the original sentencing memo. Given the government's recommendation, however, it is attached here. Finally, we attach a letter from Wyatt confirming that Matt has taken the courses described in the original memo and has had no disciplinary issues while incarcerated.

                                          Respectfully submitted,

                                          /s/ Stephen G. Huggard
                                          Stephen G. Huggard (BBO#622699)
                                          stevehuggard@huggardlaw.com
                                          HUGGARD LAW LLC
                                          470 Atlantic Avenue, 4th Floor
                                          Boston, Massachusetts 02210
                                          (617) 875-2622

July 22, 2021

Certificate of Service

    I, Stephen G. Huggard, hereby certify that, pursuant to Local Rule 5.2(b)(2), on this 22nd day of July 2021, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

                                                              /s/Stephen G. Huggard