1/21/2020 Former Goffstown Youth Coach is Sentenced to 25 Years in Federal Prison for Producing Child Pornography | USAO-NH | Department of...

Case 1:19-cr-10286-PJB Document 56-1 Filed 07/22/21 Page 1 of 2


United States Department of Justice

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT of NEW HAMPSHIRE

U.S. Attorneys » District of New Hampshire » News

**Department of Justice**

U.S. Attorney's Office

District of New Hampshire

FOR IMMEDIATE RELEASE　　　　　　　　　　　　　　　　Wednesday, January 31, 2018

## Former Goffstown Youth Coach is Sentenced to 25 Years in Federal Prison for Producing Child Pornography

**CONCORD, N.H.** - Acting United States Attorney John J. Farley announced that Matthew Riehl, 25, of Goffstown, New Hampshire, was sentenced to 25 years in federal prison for producing child pornography.

According to court documents and statements in court, Riehl coached youth sports teams in Goffstown. Between July of 2015 and August of 2016, while posing as a teenage girl, he contacted his victims using social media accounts, including Instagram, Snapchat and KIK Messenger, and persuaded his victims to take sexually explicit photographs of themselves and send the photographs to him. When some of the victims sent pictures that were not sexually explicit, Riehl worked to convince them to take photographs showing more sexually explicit conduct. In some instances, Riehl was able to coerce the victims to send explicit photographs by threatening to post on social media photographs that the victims previously had sent to him.

On August 31, 2016, a search warrant was executed at the defendant's residence in Goffstown and Riehl's cell phone was seized. A forensic examination of the phone by the New Hampshire Internet Crimes Against Children (ICAC) Task Force revealed approximately 500 photographs of minor boys, in various states of dress, including examples of child pornography. Numerous photographs depicted individuals who were members of teams that Riehl had coached.

Riehl, who previously pleaded guilty, was sentenced to 25 years in federal prison, followed by 15 years of supervised release. He will also have to register as a sex offender for life.

"This 25-year sentence demonstrates that those who use the Internet to prey on young victims will be prosecuted to the fullest extent of the law," said Acting U.S. Attorney Farley. "It is a sad fact of modern life that some individuals adopt false identities on the Internet in order to manipulate and exploit their young victims. We will continue to work closely with our law enforcement partners to investigate and prosecute those who create child pornography. I commend the bravery of the victims and their families who cooperated with this investigation and encourage all parents to speak to their children about the dangers that lurk on the Internet."

"This case involves an egregious breach of public trust, given Mr. Riehl's former position in the community, and today's significant sentencing ensures that he no longer has access to children," said Acting Special Agent in Charge Michael Shea of U.S. Immigration and Customs Enforcement's Homeland Security

1/21/2020 Former Goffstown Youth Coach Sentenced to 25 Years in Federal Prison for Producing Child Pornography | USAO-NH | Department of…

Case 1:19-cr-10286-PJB Document 56-1 Filed 07/22/21 Page 2 of 2

Investigations (HSI) Boston. "HSI is proud to stand shoulder-to-shoulder with our law enforcement partners and other stakeholders aggressively engaged in the effort against child predators."

"This investigation is another fine example of the collaborative efforts of state, local and federal law enforcement agencies working to bring to justice those who prey on society's most innocent victims," said Detective Sergeant Thomas A. Grella, Commander, New Hampshire Internet Crimes Against Children Task Force.

The Goffstown Police Department would like to thank everyone involved in this case for coming forward and providing crucial information that has been instrumental in seeing this case come to a successful conclusion.

This case was investigated by the U.S. Immigration and Customs Enforcement's Homeland Security Investigations, the Goffstown and Bedford Police Departments, the Hillsborough County Attorney's Office, and the New Hampshire Internet Crimes Against Children Task Force, which includes members of several other police departments. The case was prosecuted by Assistant U.S. Attorneys Arnold Huftalen and Georgiana Konesky.

In February 2006, the Department of Justice introduced Project Safe Childhood, a nationwide initiative designed to protect children from online exploitation and abuse. Led by the United States Attorney's Offices, Project Safe Childhood marshals federal, state and local resources to better locate, apprehend, and prosecute individuals who exploit children via the Internet, as well as to identify and rescue victims. For more information about Project Safe Childhood, please visit www.projectsafechildhood.gov.

###

**Topic(s):**
Project Safe Childhood

**Component(s):**
USAO - New Hampshire

**Press Release Number:**
18-027

Updated January 31, 2018