Matthew Murphy
01477-138
950 High Street
Central Falls, RI 02863

APRIL 5, 2021

**Department of Homeland Security, Homeland Security Investigations**
Special Agent Janet Connolly

Dear Special Agent Janet Connolly,

My Name is Matthew Murphy and I would like to thank you for the work that you have done and continue to do. On March 19, 2019 I was arrested by you and it dramatically changed my life for the better. When I was first arrested, I remember thinking that my life is over and my secret is out, but I continue to use the advice that you gave me on the day of my arrest; To take it one day at a time and not to think too far ahead. Yes, in fact my secret is out, but this has challenged me to become a better person. Never before did I realize the trauma and damage I was putting each victim through. Since my incarceration I have been participating in an S.O.T.P. Group regularly. This treatment that I have been involved in has not been easy or comfortable, but I owe this to all of the victims and others I have damaged. I have begun to learn about the everyday struggles that the children that I victimized must go through and now realize how these children will continue to be re-victimized every time their image is viewed due to my deplorable actions. I will never truly understand fully what each victims struggles and trauma is, although I am committed to treatment due to this.

Since my incarceration, I have changed a lot as a person. I have become more confident is myself, which in return has made me more trusting and honest with those whom I am close with. I have started to use healthier coping skills to deal with stress and other problems I have in life. Prior to my arrest I would resort to offending to cope with this. Now I use; exercising, reading, talking with family and friends, attending Church, reading the Bible, listening to music and many more. Never before would I even consider to use any of these healthy coping methods. I work hard to use the self-control techniques that I have been learning in-order to prevent myself from becoming comfortable again with having any deviant thoughts.

Thank you for the positive impact that you have made upon my life, I feel much better about myself knowing that my actions are not causing further damage and that I am working to better myself.

Stay Safe,

*Matthew T. Murphy*

**Matthew T. Murphy**